IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| ROSEANN WALLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00048 |
| | ) | |
| MARTIN O'MALLEY COMMISSIONER | ) | JUDGE CAMPBELL |
| OF SOCIAL SECURITY | ) | MAGISTRATE JUDGE FRENSLEY |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is Judge Frensley's Report and Recommendation (Doc. No. 13), which was filed on June 26, 2024. Through the Report and Recommendation, Judge Frensley recommends that Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 9) be denied, and that the Social Security Administration's decision be affirmed. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, that Plaintiff's Motion for Judgment Based on the Administrative Record (Doc. No. 9) is **DENIED**, and the decision of the Social Security Administration is **AFFIRMED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE